# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3467
_____

STEVEN W. HAUN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

December 12, 2018


PER CURIAM.

DISMISSED.

LEWIS, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven W. Haun, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.